**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.  **3:00cr53/RV**
    **3:03cv161/RV/MD**

**JOSE CALVILLO**

## ORDER

The defendant has filed a notice of appeal (doc. 239) which this court construes as a request for a certificate of appealability.[1] Defendant seeks to appeal this court's order of November 23, 2004 (doc. 207) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on October 25, 2004 (doc. 204), which defendant has unsuccessfully sought to re-open. (Doc. 231, 232, 233, 234, 235, 236, 237, & 238). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of November 23, 2004 (doc. 207), his request for a certificate of appealability is DENIED. Defendant has not filed a motion for leave to proceed *in forma pauperis*, and even if he had, the court finds that this appeal is not taken in good faith and he is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 18th day of August, 2006.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] See *Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).